# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JAMES GUY,

      Petitioner,　　　:

v.　　　　　　　　　　　　　　　　Case No. 2:20-cv-5459
　　　　　　　　　　　　　　　　　Judge Sarah D. Morrison
　　　　　　　　　　　　　　　　　Magistrate Judge Michael R. Merz

WARDEN, ROSS
CORRECTIONAL INSTITUTION,　　:

      Respondent.

## ORDER

On October 25, 2021, the Magistrate Judge issued a Report and Recommendation recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (ECF No. 28.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. This action is **DISMISSED**. Petitioner has waived the right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

    IT IS SO ORDERED.

                              /s/ Sarah D. Morrison
                              **SARAH D. MORRISON**
                              **UNITED STATES DISTRICT JUDGE**